AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>DANYS MISAEL CRUZ-CALIX<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25-mj-00033<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2025__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | Distribution and possession with intent to distribute fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Nathan Visconti.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Visconti, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:41 am__ a.m./p.m.

Date: __February 8, 2025__

*Youlee Yim You*
*Judge's signature*

City and state: __Portland, Oregon__    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*